# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Daryl K. Gisser

-v-

Willow Cove Marina, Inc., and Stony Point Bay Marina, Inc.,

Defendant.

**08 CV 01343**

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Willow Cove Marina, Inc.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** February 11, 2008

Signature of Attorney

**Attorney Bar Code:** _____

Form Rule7_1.pdf  SDNY Web 10/2007