UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARYL K. GISSER,

      Plaintiff,

-against-

WILLOW COVE MARINA, INC., and
STONY POINT BAY MARINA, INC.,

      Defendants.

Civ. Action No.: 08 CV 1343 (CLB)

~~PROPOSED~~ ORDER OF REMAND

A Complaint having been filed in New York State Supreme Court, Rockland County, bearing index number, 00141/08, on or about January 8, 2008, by the above named Plaintiff Daryl K. Gisser for disputes arising from alleged damage to his boat;

**AND** this case having been removed to United States District Court for the Southern District of New York by the filing of a Notice of Removal by Defendant Willow Cove Marina, Inc. on February 11, 2008;

**NOW**, on consent and stipulation of all parties, it is hereby:

**ORDERED** that this matter is remanded in its entirety to New York State Supreme Court, Rockland County, bearing index number 00141/08, and the Clerk is hereby directed to mail a certified copy of this Order of Remand to the Clerk of the New York State Supreme Court, Rockland County.

Dated: White Plains, New York
    March 7, 2008

                        _Charles L. Brieant_
                             U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Civ. Action No.: 08 CV 01343 (CLB)

DARYL K. GISSER,

STIPULATION OF REMAND
& Order

     Plaintiff,

-against-

WILLOW COVE MARINA, INC., and
STONY POINT BAY MARINA, INC.,

     Defendants.

THE PARTIES HEREBY STIPULATE to remand this case to the Supreme Court of the State of New York, County of Rockland, under Index Number 00141/08, and administratively close this matter.

FEERICK LYNCH MacCARTNEY LLC
Attorneys for Plaintiff
Daryl K. Gisser

By: _____
J. David MacCartney
96 South Broadway
South Nyack, New York 10960
(845) 353-2000

RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Defendant
Willow Cove Marina, Inc.

By: _____
Yoon S. Han
292 Madison Avenue, 11th Floor
New York, New York 10017
(212) 953-2381

NICOLETTI HORNIG & SWEENEY
Attorneys for Defendant
Stony Point Bay Marina, Inc.

By: _____
Guerric S.D.L. Russell
88 Pine Street
New York, NY 10005-1801
(212) 220-3830

SO ORDERED: March 7, 2008

_____
Charles L. Brieant
U.S.D.J.

# RUBIN, FIORELLA & FRIEDMAN LLP

ATTORNEYS AT LAW
292 MADISON AVENUE
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 953-2381
FACSIMILE: (212) 953-2462

WRITER'S DIRECT DIAL: (212) 447-4632
E-MAIL: Rhan@Rubinfiorella.com

March 6, 2008

<u>Via Fax (914) 390-4085</u>
Honorable Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    *Gisser v. Willow Cove Marina*
             S.D.N.Y. 08-cv-1343 (CLB)

Dear Hon. Judge Brieant:

      This firm represents Willow Cover Marina, Inc. in this marine property damage dispute brought by plaintiff Daryl K. Gisser.

      Plaintiff commenced the above referenced action in New York State Supreme Court, Rockland County, on or about January 8, 2008. Subsequently, we filed a Notice of Removal on February 11, 2008. Plaintiff has objected to the removal. We have consented to remanding the case to State Court.

      We are enclosing the Stipulation of Remand and Proposed Order of Remand. Since the parties consent to voluntary remand to state court, we respectfully request that the Court grant the Proposed Order of Remand and So Order the Stipulation of Remand.

                                        Respectfully,

                                        RUBIN, FIORELLA & FRIEDMAN LLP

                                        By_____
                                           Yoon S. Han, Esq.

YSH/ms